**Order entered September 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00735-CV

### IN RE ADRIAN BOOKER, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18807**

## ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **DENY** relator's motion to stay as moot.


/s/    LESLIE OSBORNE
       JUSTICE